AO 257 (Rev. 6/78)

4:08-CR-592-SBA

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
(1) Imprisonment: Maximum 10 Years.
(2) Fine: $250,000
(3) Supervised release: Maximum 3-year Term
(4) Special assessment: $100.00

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

---DEFENDANT - U.S---
▶ DARCEAL EARL GATES

DISTRICT COURT NUMBER
CR08-592 SBA

---DEFENDANT---

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction      ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
ALAMEDA COUNTY

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR08-592 SBA

UNITED STATES OF AMERICA,

v.

E-filing

**FILED**
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DARCEAL EARL GATES,
a/k/a Darceal Daniel,
a/k/a Darciel Daniel,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

A true bill.

_____
Foreman

Filed in open court this 3RD day of
SEPT. 2008.

_____
Clerk

Bail, $ No bail/arrest warrant.
9-3-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4             E-filing                              FILED
5                                                  SEP - 3 2008
6                                              RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
7                                                    OAKLAND

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11                                     CR08-592  SBA

12 | UNITED STATES OF AMERICA,        ) No.
13 |     Plaintiff,                   )
                                      ) VIOLATIONS: 18 U.S.C. § 922(g)(1) –
14 |     v.                           ) Felon in Possession of a Firearm and
                                      ) Ammunition
15 | DARCEAL EARL GATES,              )
       a/k/a Darceal Daniel,          ) OAKLAND VENUE
16     a/k/a Darciel Daniel,          )
                                      )
17 |     Defendant.                   )
                                      )
18 | _____  )

19

20                  I N D I C T M E N T

21 The Grand Jury charges:

22 COUNT ONE:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

23     On or about July 22, 2008, in the Northern District of California, the defendant,

24                      DARCEAL EARL GATES,
                          a/k/a Darceal Daniel,
25                        a/k/a Darciel Daniel,

26 having previously been convicted of a felony crime punishable by a term of imprisonment

27 exceeding one year, did knowingly possess a firearm and ammunition, described as: (1) a

28 Springfield, Model 1911A1, .45 caliber semiautomatic handgun with serial number

INDICTMENT

1  CRG1526LR; and (2) 3 live rounds of .45 caliber ammunition, in and affecting commerce, in
2  violation of Title 18, United States Code, Section 922(g)(1).
3
4  DATED:      September 3, 2008              A TRUE BILL.
5
6                                             _____
                                               FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11
12 (Approved as to form: _____ )
                          AUSA J.C. MANN
13
14
...
28

INDICTMENT