1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARCEAL EARL GATES,<br>  a/k/a Darceal Daniel,<br>  a/k/a Darciel Daniel,<br><br>    Defendant. | No. CR-08-00592 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 28, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   October 14, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from October 14, 2008 to October 28, 2008, and that time be excluded under the Speedy Trial Act between October 10, 2008 and October 28, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government produced discovery to counsel for defendant on September 30, 2008. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until October 28, 2008 will allow defendant adequate time to review the necessary discovery. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 28, 2008 AND TO EXCLUDE TIME
No. CR-08-00592 SBA

1   defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §
2   3161(h)(8)(B)(iv),
3       **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4   October 14, 2008 to October 28, 2008 at 9:00 a.m., and that time between October 10, 2008 and
5   October 28, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of
6   counsel, taking into account the exercise of due diligence.

8   DATED:_10/10/08                     _____
                                           HON. SAUNDRA BROWN ARMSTRONG
9                                              United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 28, 2008 AND TO EXCLUDE TIME
No. CR-08-00592 SBA