1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   JAMES C. MANN (CABN 221603)
    Assistant United States Attorney

5

6       1301 Clay Street, Suite 340-S
        Oakland, California 94612
        Telephone:  (510) 637-3705

7       Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov

8

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-08-00592 SBA
                                     )
14          Plaintiff,               )   PETITION FOR AND WRIT OF HABEAS
                                     )   CORPUS AD PROSEQUENDUM
15      v.                           )
                                     )
16  DARCEAL EARL GATES,              )
        a/k/a Darceal Daniel,        )
17      a/k/a Darciel Daniel,        )
                                     )
18          Defendant.               )
                                     )
19  _____  )

20          TO:    The Honorable Bernard Zimmerman, United States Magistrate Judge of the

21          United States District Court for the Northern District of California:

22          Assistant United States Attorney James C. Mann respectfully requests that this Court

23  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DARCEAL EARL

24  GATES (a/k/a Darceal Daniel, a/k/a Darciel Daniel) (PFN No. AYI906), whose place of custody

25  and jailor are set forth in the requested Writ, attached hereto.  The prisoner is required as the

26  ////

27  ////

28  ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-00592 SBA

1  defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court

2  issue the Writ as presented.

3

4  Dated: November 3, 2008                    Respectfully submitted,

5                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
6

7                                             _____/s/_____

8                                             JAMES C. MANN
                                              Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-00592 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00592 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) ) | |
| DARCEAL EARL GATES, a/k/a Darceal Daniel, a/k/a Darciel Daniel, | ) ) ) ) | |
| Defendant. | ) ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DARCEAL EARL GATES (a/k/a Darceal Daniel, a/k/a Darciel Daniel) (PFN No. AYI906), before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, November 18, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: November 3, 2008

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-00592 SBA