UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARCEAL EARL GATES,<br>  a/k/a Darceal Daniel,<br>  a/k/a Darciel Daniel,<br><br>    Defendant. | No. CR-08-00592 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 9, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  November 18, 2008<br>Time:  9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from November 18, 2008 to December 9, 2008, and that time be excluded under the Speedy Trial Act between November 19, 2008 and December 9, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The above-captioned matter was set on November 18, 2008 before this Court for a status hearing. Defendant is currently in state custody in Alameda County for proceedings related to a violation of probation. Defendant could not appear on November 18, 2008 pursuant to the Writ of Habeas Corpus Ad Prosequendum because he was scheduled to appear at the same time in state court.

Additionally, the government produced discovery to counsel for defendant on September 30, 2008. Defendant needs additional time to review the discovery that has been produced and

STIP. REQ. TO CONTINUE HEARING DATE TO DECEMBER 9, 2008 AND TO EXCLUDE TIME
No. CR-08-00592 SBA

1   to investigate this matter.  Additionally, defense counsel needs additional time to review the
2   discovery with defendant.  The parties believe that a continuance until December 9, 2008 will
3   allow defendant adequate time to review the necessary discovery.  The parties agree the ends of
4   justice served by granting the continuance outweigh the best interests of the public and defendant
5   in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by
6   granting the continuance outweigh the best interests of the public and defendant in a speedy trial.
7   Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

8   **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
9   November 18, 2008 to December 9, 2008 at 9:00 a.m., and that time between November 19,
10  2008 and December 9, 2008 is excluded under the Speedy Trial Act to allow for the effective
11  preparation of counsel, taking into account the exercise of due diligence.

13  DATED:12/4/08                           _____
                                            HON. SAUNDRA BROWN ARMSTRONG
14                                          United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO DECEMBER 9, 2008 AND TO EXCLUDE TIME
No. CR-08-00592 SBA