UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00592 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| DARCEAL EARL GATES, ) a/k/a Darceal Daniel, ) a/k/a Darciel Daniel, ) | Date: | December 9, 2008 |
| | Time: | 9:00 a.m. |
| Defendant. ) | Court: | Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from December 9, 2008 to January 20, 2009, and that time be excluded under the Speedy Trial Act between December 10, 2008 and January 20, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

The government initially produced discovery to counsel for defendant on September 30, 2008; however, the government has recently learned of additional forensic laboratory results from analysis conducted on the firearm in this case. The government is working to retrieve those results and to produce them to defendant. Defendant, therefore, needs additional time to review the discovery that has been produced and that will be produced, and to investigate this matter. The parties believe that a continuance until January 20, 2009 will allow defendant adequate time

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 20, 2009 AND TO EXCLUDE TIME
No. CR-08-00592 SBA

1  to review the necessary discovery.  For these stated reasons, the Court finds that the ends of
2  justice served by granting the continuance outweigh the best interests of the public and defendant
3  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
4  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  December 9, 2008 to January 20, 2009 at 9:00 a.m., and that time between December 10, 2008
6  and January 20, 2009 is excluded under the Speedy Trial Act to allow for the effective
7  preparation of counsel, taking into account the exercise of due diligence.

DATED: 12/12/08                                     _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge