1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant DARCEAL GATES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   No. CR-08 00592 SBA
                                       )
12 |         Plaintiff,                )   STIPULATION AND ORDER
                                       )   CONTINUING STATUS CONFERENCE
13 | vs.                               )
                                       )
14 | DARCEAL GATES,                    )
                                       )
15 |         Defendant.                )
   | _____   )
16

17

18     This matter presently is set for a status conference on January 20, 2009.  Defense counsel

19 will be unavailable on January 20, 2009, but is continuing review of discovery and investigation

20 of the case.  The parties agree that the ends of justice outweigh the public and the defendant's

21 interest in a speedy trial, and that the failure to grant such a continuance would deny the

22 defendant reasonable time necessary for effective preparation, taking into account the exercise of

23 due diligence, as well as continuity of counsel.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

24     For these reasons, IT IS STIPULATED AND AGREED that the status conference

25 presently set for January 20, 2009 be continued to January 23, 2009, and that time under the

26 Speedy Trial Act be excluded for the reasons stated.

STIP/ORD                               1

|   |   |
|---|---|
| Dated: January 12, 2009 | /S/ _____ <br> JEROME MATTHEWS <br> Assistant Federal Public Defender |
| Dated: January 12, 2009 | /S/ _____ <br> JAMES C. MANN <br> Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause for continuance of the status conference in this case to January 23, 2009.

Based on these findings, IT IS HEREBY ORDERED that the status conference presently set for January 20, 2009 be continued to January 23, 2009 at 10:00 a.m., and that time under the Speedy Trial Act be excluded from January 20, 2009 to January 23, 2009. 18 U.S.C. §§ 3161(h)(1)(I), (8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 14, 2009              _Saundra B Armstrong_
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

STIP/ORD                                            2