1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DARCEAL GATES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   No. CR-08 00592 SBA
                                       )
12 |                  Plaintiff,       )   STIPULATION AND ORDER
                                       )   CONTINUING PLEA AND SENTENCING
13 | vs.                               )   HEARING
                                       )
14 | DARCEAL GATES,                    )
                                       )
15 |                  Defendant.       )
   |_____)
16

17

18     This matter presently is set for Darceal Gates to enter a guilty plea and be sentenced on

19 June 2, 2009. Defense counsel will be out of the state from May 25, 2009, through May 29,

20 2009. In addition, the parties have identified an issue relating to Mr. Gates's criminal history

21 that they wish to resolve, possibly with a stipulated agreement. For these reasons, the parties

22 jointly request and IT IS STIPULATED AND AGREED that this matter go over to June 9, 2009

23 for change of plea and sentencing. Time may continue to be excluded as the Court has under

24 consideration the parties' proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

25

26

STIP/ORD                                 1

|   |   |
|---|---|
| Dated: May 22, 2009 | /S/<br>_____<br>JEROME MATTHEWS<br>Assistant Federal Public Defender |
| Dated: May 22, 2009 | /S/<br>_____<br>JAMES C. MANN<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

      Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause for continuance of the change of plea and sentencing hearing in this case to June 9, 2009.

      Based on these findings, IT IS HEREBY ORDERED that the change of plea and sentencing hearing presently set for June 2, 2009 be continued to June 9, 2009, and that time under the Speedy Trial Act be excluded from June 2, 2009 to June 9, 2009 in light of the Court having under submission the parties' proposed plea agreement. 18 U.S.C. §§ 3161(h)(1)(G).

      IT IS SO ORDERED.

Dated: May 27, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD             2